**Electronically Filed
Supreme Court
SCWC-13-0001479
18-MAY-2015
10:46 AM**

SCWC-13-0001479

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

LIONEL LETOTO,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0001479; S.P.P. NO. 12-1-0051; FC-CR. NO. 06-1-0017)

ORDER DISMISSING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner's May 4, 2015, motion for reconsideration of this court's order rejecting application for writ of certiorari, filed on April 8, 2015, and pursuant to HRAP Rule 40.1(h), neither acceptance nor rejection of an application for a writ of certiorari shall be subject to a motion for reconsideration. Therefore,

IT IS HEREBY ORDERED that the motion for reconsideration is dismissed.

DATED: Honolulu, Hawaiʻi, May 18, 2015.

Lionel Letoto
petitioner pro se
on the motion

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

